**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **McClure Rehab Center**<br>**McClure Nursing & Rehab**<br>**McClure Convalescent Hospital** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-3378046** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11620 W. Washington Blvd.**<br>**Los Angeles, CA 90066**<br>Number, Street, City, State & ZIP Code | **P.O. Box 3350**<br>**San Ramon, CA 94583**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**
_____
Name

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
  See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  ____  ____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11.  *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor  **See Attachment** _____   Relationship _____

District _____   When _____   Case number, if known _____

---

Debtor  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **McClure Convalescent Hospital and Rehabilitation
Center, Inc.**
_____
Name

Case number (*if known*)    _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 14, 2017**
_____
MM / DD / YYYY

**X** **/s/ James R. Preimesberger**
_____
Signature of authorized representative of debtor

**James R. Preimesberger**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Shinbrot**
_____
Signature of attorney for debtor

Date    **July 14, 2017**
_____
MM / DD / YYYY

**Jeffrey S. Shinbrot**
_____
Printed name

**Jeffrey S. Shinbrot, APLC**
_____
Firm name

**8200 Wilshire Blvd.
Suite 400
Beverly Hills, CA 90211**
_____
Number, Street, City, State & ZIP Code

Contact phone    **3106595444**
_____    Email address    **jeffrey@shinbrotfirm.com**
_____

**155486**
_____
Bar number and State

---

Debtor   **McClure Convalescent Hospital and Rehabilitation
Center, Inc.**                                                    Case number (*if known*)

    Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*)                                    Chapter    **7**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **TY Five Star Corporation** | | | Relationship to you | **Same parent company** |
| District | **Central District of California** | When | **3/27/17** | Case number, if known | **2:17-bk-13687-RK** |
| Debtor | **Vista Del Sol Health Services, Inc.** | | | Relationship to you | **Same parent company** |
| District | **Central District** | When | **11/22/16** | Case number, if known | **2:16-bk-25437WB** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Vista Del Sol Health Services, Inc., filed a chapter 7 in the Central District Los Angeles Division on 11/22/2016, case number:2:16-bk-25437-WB;TY Five Star Corporation filed a chapter 7 in the Central District Los Angeles Division on 03/27/2017 case number 2:17-bk-13687-RK.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:   **July 14, 2017**

**/s/ James R. Preimesberger**
**James R. Preimesberger**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

UNITED STATES BANKRUPTCY COURT
Central District of California

## RESOLUTION OF BOARD OF DIRECTORS OF
## McClure Convalescent Hospital and Rehabilitation
## Center, Inc., a California Corporation

I, James R. Preimesberger, declare under penalty of perjury that I am the president of McClure Convalescent Hospital and Rehabilitation Center, a California corporation, and that on May 16, 2017, the following resolution was duly adopted by the Board of Directors of this corporation:

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that James R. Preimesberger, president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James R. Preimesberger, president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that James R. Preimesberger, president of this corporation, is authorized and directed to employ Jeffrey S. Shinbrot, attorney and the law firm of Jeffrey S. Shinbrot, A Professional Law Corporation to represent the corporation in such bankruptcy case.

Executed on: 6/22/17          Signed: _____

James R. Preimesberger, president
McClure Convalescent
Hospital and
Rehabilitation Center,
Inc., a California
corporation

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot**<br>**8200 Wilshire Blvd.**<br>**Suite 400**<br>**Beverly Hills, CA 90211**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486**<br>jeffrey@shinbrotfirm.com | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **McClure Convalescent Hospital and Rehabilitation**<br>   **Center, Inc.**<br><br>                                   Debtor(s),<br><br>                                   Plaintiff(s),<br><br><br><br><br>                                   Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __James R. Preimesberger_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
- [x] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.   [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       See Addendum

   b.   [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____6/22/17_____

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:   **James Preimesberger, President**
_____
Printed name of Debtor, or attorney for
Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Meridian Health Services Holdings

5000 Executive PKWY Suite 150

San Ramon, CA 94583

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**Fill in this information to identify the case:**

Debtor name   **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................   $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................   $      **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................   $      **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $      **37,207.71**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$      **473,115.58**

4.   **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b   $      **510,323.29**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                        debtor's interest

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

Case number *(If known)*

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**McClure Convalescent Hospital and Rehabilitation Center, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,927.90 | $2,927.90 |
|---|---|---|---|---|
|  | **Donald R. White Treasuer & Tax Collector Alameda County 1221 Oak Street Oakland, CA 94612** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred **7/1/2015** | Basis for the claim: **Tax debt** |  |  |
|  | Last 4 digits of account number **9351** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|
|  | **Franchise Tax Board Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred **2014** | Basis for the claim: **Taxes** |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes |  |  |

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,369.25 | $11,369.25 |
|---|---|---|---|---|

**SEIU National Industry Pension Fund**
**11 Dupont Circle NW, Ste. 900**
**Washington, DC 20036-1202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/31/2014-02/28/2015**

Basis for the claim:
**Trade debt**

Last 4 digits of account number **0026**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,110.56 | $22,110.56 |
|---|---|---|---|---|

**State of California Franchise Tax**
**PO Box 942857**
**Sacramento, CA 94257-2021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2014**

Basis for the claim:
**Tax year 2014**

Last 4 digits of account number **7000**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adriana Sarmiento**
**1881 Gilly Lane**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,352.66** |
|---|---|---|---|

**Advance Textiles**
**639 Bair Island Road Ste 104**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/28/2015**

Basis for the claim: **Trade debt**

Last 4 digits of account number **0056**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,338.65** |
|---|---|---|---|

**Air Liquide Healthcare Corp.**
**PO Box 95198**
**Chicago, IL 60694-5198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/11/2015**

Basis for the claim: **Trade debt**

Last 4 digits of account number **0005**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Albert Eave
269 Fairmount Avenue # 14
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Albertha Boakai Tamba
2199 Bancroft Avenue Apt. 216
San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Alex Pena
572 El Paseo Drive
Oakland, CA 94603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,367.81**

Alliant Foodservice
Department 01676
Box 39000
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5931**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,416.52**

Allscripts
Extended Care Information Net
8700 W. Bryn Mawr Avenue Suite 700N
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/25/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8281**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,606.83**

Alte Bates Medical Center
3100 Summit Room G-615
Oakland, CA 94609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0300**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00**

AMS Invoicing
PO Box 681646
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2013**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **McLure**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11** Nonpriority creditor's name and mailing address

**Asnakech Tedia**
**124 14th Street Apt. 7**
**Oakland, CA 94612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12** Nonpriority creditor's name and mailing address

**Barkley Court Reporters**

**File No. 50217**
**Los Angeles, CA 90074**

Date(s) debt was incurred  12/2/2016
Last 4 digits of account number  6604

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$402.36**

---

**3.13** Nonpriority creditor's name and mailing address

**Barnett Medical Services**
**30620 San Antonio Street**
**Hayward, CA 94544**

Date(s) debt was incurred  2/28/2015
Last 4 digits of account number  0085

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,090.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Benian Mobio**
**1580 Clayton Road Apt. 15**
**Concord, CA 94520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address

**Bessys Ruiz**
**24955 Cypress Avenue Apt. 59**
**Hayward, CA 94544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** Nonpriority creditor's name and mailing address

**Beyond Plumbing**
**650 McClary Avenue**
**Oakland, CA 94621**

Date(s) debt was incurred  1/6/2015
Last 4 digits of account number  McClure

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$10,600.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Blodesix**
**PO Box 742961**
**Los Angeles, CA 90074**

Date(s) debt was incurred  9/15/2014
Last 4 digits of account number  SNF-MCCN

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$2,069.75**

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.22 |
|---|---|---|
| **Briggs Forms & Supplies**<br>PO Box 1355<br>Des Moines, IA 50305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/30/2015 | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  3137 | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,732.00 |
|---|---|---|
| **Brode Bros & Co.**<br>2491 Aliuvial Suite 4<br>Clovis, CA 93611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/30/2015 | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|
| **CAHF**<br>PO Box 537004<br>Sacramento, CA 95816 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/1/2015 | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  1178 | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.17 |
|---|---|---|
| **CalendersUSA**<br>PO Box 786<br>Boyes Hot Springs, CA 95416 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/4/2013 | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  0050 | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Calvin Hayes**<br>361 105th Avenue<br>Oakland, CA 94603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Celina Gonzalez Nuno**<br>PO Box 3127<br>Oakland, CA 94609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Charlie Nelson**<br>2240 MacArthur Blvd., Apt. 3<br>Oakland, CA 94602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Cheryl Young** | ☐ Contingent | |
| | **459 Cottonwood Drive** | ☐ Unliquidated | |
| | **Fairfield, CA 94533** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$989.51** |
| --- | --- | --- | --- |
| | **Cintas Corporation #054** | ☐ Contingent | |
| | **PO Box 29059** | ☐ Unliquidated | |
| | **Phoenix, AZ 85038** | ☐ Disputed | |
| | Date(s) debt was incurred  2/23/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  8491 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127.00** |
| --- | --- | --- | --- |
| | **Clark Pest Control** | ☐ Contingent | |
| | **PO Box 1480** | ☐ Unliquidated | |
| | **Lodi, CA 95241** | ☐ Disputed | |
| | Date(s) debt was incurred  2/11/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  7273 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,826.97** |
| --- | --- | --- | --- |
| | **Clean Source** | ☐ Contingent | |
| | **650 Brennan Street** | ☐ Unliquidated | |
| | **San Jose, CA 95131** | ☐ Disputed | |
| | Date(s) debt was incurred  2/9/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  5280 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94.08** |
| --- | --- | --- | --- |
| | **Comcast** | ☐ Contingent | |
| | **PO Box 34696** | ☐ Unliquidated | |
| | **Seattle, WA 98124** | ☐ Disputed | |
| | Date(s) debt was incurred  2/26/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  1956 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,857.50** |
| --- | --- | --- | --- |
| | **Community Mobile Diagnostics** | ☐ Contingent | |
| | **1700 150th Avenue** | ☐ Unliquidated | |
| | **San Leandro, CA 94578** | ☐ Disputed | |
| | Date(s) debt was incurred  2/28/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  5MCR | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$359.58** |
| --- | --- | --- | --- |
| | **Community Mobile Ultrasound** | ☐ Contingent | |
| | **10948 Bigge Street** | ☐ Unliquidated | |
| | **San Leandro, CA 94577** | ☐ Disputed | |
| | Date(s) debt was incurred  2/28/2015 | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  0004 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Cora Franklin**<br>**3222 Delaware Street Apt. C**<br>**Oakland, CA 94602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
| | **Corinthian Medical Staffing**<br>**PO Box 100305**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/22/2013** | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,041.04** |
| | **Corporate West Computer System**<br>**1610 Dell Avenue Ste. F**<br>**Campbell, CA 95008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/1/2015** | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.81** |
| | **Darling International**<br>**PO Box 552210**<br>**Detroit, MI 48255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/2/2015** | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **3025** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,516.66** |
| | **Davis & Company**<br>**15200 Hesperian Blvd., Ste. 202**<br>**San Leandro, CA 94578-3927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **09/15/2014** | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **0048** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Debesu T. Sebhatu**<br>**1821 6th Avenue Apt. 301**<br>**Oakland, CA 94606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Delores Hull**<br>**833 54th St., Apt. D**<br>**Oakland, CA 94609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.00 |
|---|---|---|---|

**Devon Self-Storage**
2633 Telegraph Avenue
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0050**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,834.71 |
|---|---|---|---|

**Diagnostic Laboratories**
2820 N. Ontario Street
Burbank, CA 91504-2015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5MCR**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.86 |
|---|---|---|---|

**Diamant Care, Inc.**
1563 Solano avenue # 456
Berkeley, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2910**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.90 |
|---|---|---|---|

**DSU Discovery**
268 Bush Street Suite 2901
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/14/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **lure**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,541.15 |
|---|---|---|---|

**Dummit, Buchholz & Trapp**
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-1506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **321Q**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.90 |
|---|---|---|---|

**Dynamic Medical Systems**
2807 Oregon Court
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0050**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $673.08 |
|---|---|---|---|

**EJ Communications LLC**
142 Kennedy Avenue
Campbell, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8472**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Johnson**
**729 Medford**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00** |
|---|---|---|---|

**Everything Medical**
**2109 Hilltop Drive**
**Redding, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2015

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Kelley**
**2518 35th Avenue # 37**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gina C. Domondon**
**2910 McClure Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gloria Nwankwo**
**2601 57th Avenue**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,510.00** |
|---|---|---|---|

**Gordon & Rees LLP**
**275 Battery St., 20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2015

**Basis for the claim:**  Trade debt

Last 4 digits of account number  4372

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,998.10** |
|---|---|---|---|

**Gulf South Medical Supply**
**PO Box 841968**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2015

**Basis for the claim:**  Trade debt

Last 4 digits of account number  9382

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**H. Geoffrey Watson MD**
**1160 Drury Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0041**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,478.81** |
|---|---|---|---|

**Healthare Services  Group INc.**
**3220 Tillman Drive**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0049**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.36** |
|---|---|---|---|

**Heartland Hospice R&B Coordinator**
**333 N. Summitl St**
**Toledo, OH 43699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **MCR**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$993.60** |
|---|---|---|---|

**Hill-Rom**
**4349 Corporate Road**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2105**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8258**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,984.68** |
|---|---|---|---|

**Home Depot Credit Services**
**Dept. 32-2500384833**
**PO Box 6031**
**The Lakes, NV 88901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4833**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Home Depot Supply**
**PO Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2015**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0856**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**IPC The Hosptalist Co., Inc.**
**PO Box 92284**
**Los Angeles, CA 90009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0041**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jagdip Singh Johal**
**1040 45th Street Apt. C**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**James Daniel**
**968 41st Street**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**James Peevy**
**729 Medford Avenue**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$755.93** |

**JAMS**
**PO Box 84502**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/19/2016**

**Basis for the claim:** **Services rendered.**

Last 4 digits of account number **1714**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jenipher Tugara**
**3600 Sierra Ridge Aenue # 4206**
**Richmond, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jerry Sedillo**
**1616 Lincoln Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$872.00** |

**Kadence Healthcare**
**10840 Walker St**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/31/2014**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **MCC/RENA**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.67** | **Nonpriority creditor's name and mailing address**
**Kannarr & Company**
PO Box 1437
West Point, CA 95255

Date(s) debt was incurred  **3/4/2015**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

$1,799.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**
**Khadidiatou Lo**
113124th Street Apt. 120
Oakland, CA 94607

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**
**Kibra Godefay**
1801 Shoreline Drive # 119B
Alameda, CA 94501

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**
**Leontina Williams**
2145 Vicksburg Avenue
Oakland, CA 94601

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**
**Leterbrhan Kidane**
262 28th Street # 7
Oakland, CA 94611

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance Company**
Watt, Tieder, Hoffar & Fitzgerald
2040 Main Street Suite 300
Irvine, CA 92614

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Lawsuite pending in Superior Court of California Orange County, 30-2013-00690574**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**
**Lino Gonzales**
606 22nd Street
Oakland, CA 94612

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Lorene Tardy**
**2695 76th Avenue**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,760.25** |
| --- | --- | --- | --- |

**LTC Geary Pharmacy**
**5427 Geary Blvd.**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,883.46** |
| --- | --- | --- | --- |

**Lynch, Cilardi & Grummer**
**170 Columbus Avenue 5th Floor**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2017**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Madeline Jackson**
**2121-7th Street Apt. 201**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Magdaleno Cabrera**
**6689 Bancroft Avenue Apt. B**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Maria Barrios**
**8032 Iris Street**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Maria P. Palmenco**
**1939 36th Avenue**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maria Rocha**
**1652 96th Avenue**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maribel Lara**
**22258 Lantana Ct.**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Martha H. Cruz**
**2002 83rd Avenue**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matoye L. Son**
**684 Memorial Way**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**McKesson Corporation**
**c/o Pachulski Stang Ziehl & Jones,**
**150 California Street 15th Floor**
**San Francisco, CA 94111-4500**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit pending in Superior Court of Califonria Contra Costa County MSC15-10448**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,158.80 |
|---|---|---|---|

**McKesson Medical Surgical**
**PO Box 630693**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2014**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4526**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Meaza Sura**
**720 E. 11th Street Suite 302**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,745.45** |
|---|---|---|---|
| | **Muir Lab**<br>**Dept. 33512**<br>**PO Box 39000**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/1/2013** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **0000** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **N&A Medical Supply Inc.**<br>**c/oMurphy, Pearson, Bradley &Feeney**<br>**88 Kearny St., 10th Floor**<br>**San Francisco, CA 94108** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit pending Superior Court of California, County of San Francisco CGC-15-544545** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Natisha Perkins**<br>**3020 Linden Street**<br>**Emeryville, CA 94608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nickannie Deloney**<br>**1220 Foothill Blvd., # F**<br>**Oakland, CA 94606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,443.00** |
|---|---|---|---|
| | **Nutrition Therapy Essentials**<br>**325 Crest Drive**<br>**San Jose, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/28/2015** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **0046** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166.30** |
|---|---|---|---|
| | **One Legal**<br>**504 Redwood Road Suite 223**<br>**Novato, CA 94947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/9/2017** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **0425** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,009.94** |
|---|---|---|---|
| | **Orthopaedic & Neurological**<br>**200 South Santa Cruze Avenue**<br>**Los Gatos, CA 95030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/10/2104** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Orthopedic and Neurological Rehab**
**c/o Nathan D. Wirtschafter, Corp.**
**16501 Ventura Blvd., Suite 610**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Lawsuit pending LASC Central District BC560082.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Ouohi Lionel Veh**
**1271 Monument Bvld., Apt. 43**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Pacific Signaling Systems**
**PO Box 1153**
**Danville, CA 94526**

Date(s) debt was incurred  2/6/2015

Last 4 digits of account number  McClure

**As of the petition filing date, the claim is:** Check all that apply.     **$740.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Palwinder Sandhu**
**1060 Crepe Myrtle Drive**
**Hercules, CA 94547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Patterson Medical**
**PO Box 93040**
**Chicago, IL 60673**

Date(s) debt was incurred  8/4/2014

Last 4 digits of account number  4694

**As of the petition filing date, the claim is:** Check all that apply.     **$354.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

**PG&E**
**PO Box 997300**
**Sacramento, CA 95899**

Date(s) debt was incurred  3/13/2015

Last 4 digits of account number  6201

**As of the petition filing date, the claim is:** Check all that apply.     **$3,377.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**

**Nonpriority creditor's name and mailing address**

**PharMerica**
**PO Box 409251**
**Atlanta, GA 30384**

Date(s) debt was incurred  3/31/2015

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$30,719.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,768.78** |
|---|---|---|---|
| | **Premier Rehab Services** | ☐ Contingent | |
| | **538 West Monte Vista Ave** | ☐ Unliquidated | |
| | **Vacaville, CA 95688** | ☐ Disputed | |
| | Date(s) debt was incurred  3/2/2015 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,391.00** |
|---|---|---|---|
| | **Rainbow Services** | ☐ Contingent | |
| | **PO Box 3465** | ☐ Unliquidated | |
| | **Saratoga, CA 95070** | ☐ Disputed | |
| | Date(s) debt was incurred  12/17/2013 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number  0072 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,938.45** |
|---|---|---|---|
| | **Rehab and Associates LLC** | ☐ Contingent | |
| | **915 C Street** | ☐ Unliquidated | |
| | **Hayward, CA 94541** | ☐ Disputed | |
| | Date(s) debt was incurred  1/1/2015 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number  LN00 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rehana Yesuf** | ☐ Contingent | |
| | **1843 Poggi Street Apt. 309C** | ☐ Unliquidated | |
| | **Alameda, CA 94501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,643.00** |
|---|---|---|---|
| | **Riviera Finance** | ☐ Contingent | |
| | **PO Box 100305** | ☐ Unliquidated | |
| | **Pasadena, CA 91189** | ☐ Disputed | |
| | Date(s) debt was incurred  11/4/2014 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rose Stearne** | ☐ Contingent | |
| | **320 Ladera Drive** | ☐ Unliquidated | |
| | **Vallejo, CA 94591** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Roshunda Lambert** | ☐ Contingent | |
| | **1258 79th Avenue** | ☐ Unliquidated | |
| | **Oakland, CA 94621** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,677.49** |
|---|---|---|---|

**Roto-Rooter**
**PO Box 10637**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/17/2014__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __0072__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,763.48** |
|---|---|---|---|

**Royal Ambulance Inc.**
**Lock Box**
**PO Box 894660**
**Los Angeles, CA 90189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/14/2014__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruth T. Clay**
**2748 75th Avenue**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sallie Carter**
**273 Sybil Avenue # 4**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Kibirige**
**2742 Park Blvd., Apt. E**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sara Callado**
**26030 Gading Road Apt. 26**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73.60** |
|---|---|---|---|

**SBC Smart Yellow Pages**
**PO Box 989046**
**West Sacramento, CA 95798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/28/2015__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __0000__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,417.51**

**Second Image**
**PO Box 809**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/25/2016__

Basis for the claim:  __Trade debt__

Last 4 digits of account number __9009__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$121.79**

**See Bay Game Company**
**77 Cliffwood Avenue Suite 1-D**
**Cliffwood, NJ 07721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/23/2014__

Basis for the claim:  __Trade debt__

Last 4 digits of account number __7800__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Semira Abdu**
**1601 Market St., Apt. 101**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$563.86**

**Sharps Complaince, Inc.**
**PO Box 202935**
**Dallas, TX 75320-2935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/6/2014__

Basis for the claim:  __Trade debt__

Last 4 digits of account number __2600__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Sheldon Helms**
**3318 Karen Way**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Sheneda N. Hart**
**2651 Sacramento Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.83**

**Shred-It**
**5046 Commerial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/9/2015__

Basis for the claim:  __Trade debt__

Last 4 digits of account number __0373__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | McClure Convalescent Hospital and Rehabilitation Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$131.39** |
|---|---|---|---|

**SNF Forms & Supplies Inc.**
P.O. Box 4390
Garden Grove, CA 92642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **2200**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$936.00** |
|---|---|---|---|

**Some Things Fishy LLC**
16310 Shannon Road
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **0073**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,375.00** |
|---|---|---|---|

**Spherical Medical**
2980 Jordan Road
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2015**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **0041**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,482.56** |
|---|---|---|---|

**Stephen A. Fraser, Esquire**
3030 Bridgeway Suite 127
Sausalito, CA 94965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2014**

**Basis for the claim:  Legal Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tammy Alford**
206 Larrisa Lane
Vallejo, CA 94590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Lawsuit pending in Superior Court Alameda County Case number HG14727258**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tawdros Mamuye**
1445 Harrison St., # 352
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$700.00** |
|---|---|---|---|

**Timberlake**
8322 Ferguson
Sacramento, CA 95828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2013**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **1508**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tsige Gebrehiwet**
690 15th Street # 207
Oakland, CA 94612

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790.00**

**VCheck Global**
5670 Wilshire Blvd., Ste. 1530
Los Angeles, CA 90036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/24/2015

Last 4 digits of account number  0093

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Verna M. Easter**
165 22nd Street
Richmond, CA 94801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Vibrant Care Pharmacy Inc.**
c/o Law Offices of Alex Gortinsky
2233 Watt Avenue Suite 340
Sacramento, CA 95825

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit pending in Superior Court of California County of Alameda RG15772658.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,453.63**

**Waste Management of Alameda Co.**
P.O. Box 78251
Phoenix, AZ 85062

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/1/2015

Last 4 digits of account number  2168

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00**

**Webb Fire Protection**
PO Box 2055
Mission Viejo, CA 92690

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/20/2015

Last 4 digits of account number  0193

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.94**

**Webster Orthopaedic Medical Group**
3300 Webster Street
Oakland, CA 94609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  4/2/2015

Last 4 digits of account number  0004

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yodit Gebru**
**502 Berry Avenue Apt. 27**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,143.50** |
|---|---|---|---|

**Yolanda Flores Burt**
**615 Civic Center Dr. West**
**Hesperia, CA 92345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16/2017**

Last 4 digits of account number **0047**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bravo & Margulies**<br>**1315 7th Avenue**<br>**San Francisco, CA 94122** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Calvin D. Brent Jr.**<br>**8703 Hidden Grove Place**<br>**Louisville, KY 40291** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Karl D. Belgum, Esquire**<br>**One Embarcadeo Center 18th Floor**<br>**San Francisco, CA 94111-3600** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Keith F. Simpson, Esquire**<br>**Law Offices of Keith F. Simpson**<br>**1334 Parkview Avenue Suite 325**<br>**Manhattan Beach, CA 90266** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Offices of Yolanda Flores-Burt**<br>**16501 Walnut St., Ste 7**<br>**Hesperia, CA 92345** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **SEIU-BSEPP Fund**<br>**PO Box 841961**<br>**Boston, MA 02284-1961** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 37,207.71 |
| 5b. Total claims from Part 2 | 5b. + | $ | 473,115.58 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $            510,323.29

**Fill in this information to identify the case:**

Debtor name  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 14, 2017**          X **/s/ James R. Preimesberger**
                                         Signature of individual signing on behalf of debtor

                                         **James R. Preimesberger**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **McClure Convalescent Hospital and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Lynch, Cilardi & Grummer**<br>**170 Columbus Avenue 5th Floor**<br>**San Francisco, CA 94133** | 5/1/2017 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  Legal fees, |

Debtor  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**   Case number *(if known)*

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:**</div>   **Legal Actions or Assignments**

---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Orthopedic and Neurological Rehabilitation et al.<br>McClure Convalescent Hospital and Rehabilitation Center, Inc.<br>BC560082** | **Collection** | **Los Angeles Superior Court<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **McKesson Corporation et al vs. McClure Convalescent Hospital and Rehabilitation Center, Inc., et al.<br>MSC15-01448** | **Collection** | **Superior Court County of Contra Costa<br>725 Court Street<br>Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Vibrant Care Pharmacy Inc., et al. vs. Meridian Health Services Corporation et al.<br>RG15772658** | **Collection** | **Superior Court County of Contra Costa<br>1225 Fallon Street<br>Oakland, CA 94612** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **N&A Medical Supply Inc., vs. San Bruno Skilled Nursing Hospital, et al.<br>CGC-15-544545** | **Collection** | **Superior Court County of San Francisc<br>400 McAllister Street<br>San Francisco, CA 94102-4515** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor **McClure Convalescent Hospital and Rehabilitation Center, Inc.**                  Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Tammy Alford and Angela Alford et al. vs. McClure Convalescent Hospital and Rehabilitation Center et al. HG14727258** | **Breached Applicable Standard of Care etc.** | **Superior Court of California Alameda 2233 Shoreline Drive Alameda, CA 94501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Liberty Mutual Insurance Company et al. vs. HISIP et al. 30-2013-00690574 (JCCP 4795)** | **Breach o Contract Indemnity etc.** | **Superior Court Count  of Orange** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **McClure Convalescent Hospital and Rehabilitation Center, Inc.**      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey S. Shinbrot, APLC 8200 Wilshire Blvd., Suite 400 Beverly Hills, CA 90211** | | **5/16/2017** | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor  **McClure Convalescent Hospital and Rehabilitation Center,**
**Inc.**

Case number (if known) _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **McClure Convalescent Hospital and Rehabilitation Center,**
**Inc.**                                                        Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Foresight Management Services** **PO Box 3350** **San Ramon, CA 94583** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Foresight Management Services** **PO Box 3350** **San Ramon, CA 94583** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **McClure Convalescent Hospital and Rehabilitation Center, Inc.** | Case number *(if known)* |
|---|---|---|

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Preimesberger | PO Box 3350 San Ramon, CA 94583 | President | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor  **McClure Convalescent Hospital and Rehabilitation Center,
Inc.**                                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 14, 2017**

**/s/ James R. Preimesberger**                              **James R. Preimesberger**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **McClure Convalescent Hospital and Rehabilitation Center, Inc.**  Case No. _____

Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $ _____ **7,500.00**

    Prior to the filing of this statement I have received .............................  $ _____ **7,500.00**

    Balance Due ..................................................................................  $ _____ **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **None**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 14, 2017** _____  **/s/ Jeffrey S. Shinbrot** _____
*Date*  **Jeffrey S. Shinbrot 155486**
  *Signature of Attorney*
  **Jeffrey S. Shinbrot, APLC**
  **8200 Wilshire Blvd.**
  **Suite 400**
  **Beverly Hills, CA 90211**
  **3106595444  Fax: 3108788304**
  **jeffrey@shinbrotfirm.com**
  *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot**<br>**8200 Wilshire Blvd.**<br>**Suite 400**<br>**Beverly Hills, CA 90211**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486**<br>jeffrey@shinbrotfirm.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**McClure Convalescent Hospital and Rehabilitation Center, Inc.**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**19**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**July 14, 2017**_____    **/s/ James R. Preimesberger**_____
                                                       Siganture of Debtor 1

Date: _____    _____
                                                       Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __**July 14, 2017**_____    **/s/ Jeffrey S. Shinbrot**_____
                                                       Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

McClure Convalescent Hospital and Rehabilitation Center,I
P.O. Box 3350
San Ramon, CA 94583


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
8200 Wilshire Blvd.
Suite 400
Beverly Hills, CA 90211


Adriana Sarmiento
1881 Gilly Lane
Concord, CA 94518


Advance Textiles
639 Bair Island Road Ste 104
Redwood City, CA 94063


Air Liquide Healthcare Corp.
PO Box 95198
Chicago, IL 60694-5198


Albert Eave
269 Fairmount Avenue # 14
Oakland, CA 94611


Albertha Boakai Tamba
2199 Bancroft Avenue Apt. 216
San Leandro, CA 94577


Alex Pena
572 El Paseo Drive
Oakland, CA 94603

Alliant Foodservice
Department 01676
Box 39000
San Francisco, CA 94139


Allscripts
Extended Care Information Net
8700 W. Bryn Mawr Avenue Suite 700N
Chicago, IL 60631


Alte Bates Medical Center
3100 Summit Room G-615
Oakland, CA 94609


AMS Invoicing
PO Box 681646
Franklin, TN 37068


Asnakech Tedia
124 14th Street Apt. 7
Oakland, CA 94612


Barkley Court Reporters
File No. 50217
Los Angeles, CA 90074


Barnett Medical Services
30620 San Antonio Street
Hayward, CA 94544


Benian Mobio
1580 Clayton Road Apt. 15
Concord, CA 94520

Bessys Ruiz
24955 Cypress Avenue Apt. 59
Hayward, CA 94544


Beyond Plumbing
650 McClary Avenue
Oakland, CA 94621


Blodesix
PO Box 742961
Los Angeles, CA 90074


Bravo & Margulies
1315 7th Avenue
San Francisco, CA 94122


Briggs Forms & Supplies
PO Box 1355
Des Moines, IA 50305


Brode Bros & Co.
2491 Aliuvial Avenue Suite 4
Clovis, CA 93611


CAHF
PO Box 537004
Sacramento, CA 95816


CalendersUSA
PO Box 786
Boyes Hot Springs, CA 95416

Calvin D. Brent Jr.
8703 Hidden Grove Place
Louisville, KY 40291


Calvin Hayes
361 105th Avenue
Oakland, CA 94603


Celina Gonzalez Nuno
PO Box 3127
Oakland, CA 94609


Charlie Nelson
2240 MacArthur Blvd., Apt. 3
Oakland, CA 94602


Cheryl Young
459 Cottonwood Drive
Fairfield, CA 94533


Cintas Corporation #054
PO Box 29059
Phoenix, AZ 85038


Clark Pest Control
PO Box 1480
Lodi, CA 95241


Clean Source
650 Brennan Street
San Jose, CA 95131

Comcast
PO Box 34696
Seattle, WA 98124


Community Mobile Diagnostics
1700 150th Avenue
San Leandro, CA 94578


Community Mobile Ultrasound
10948 Bigge Street
San Leandro, CA 94577


Cora Franklin
3222 Delaware Street Apt. C
Oakland, CA 94602


Corinthian Medical Staffing
PO Box 100305
Pasadena, CA 91189


Corporate West Computer System
1610 Dell Avenue Ste. F
Campbell, CA 95008


Darling International
PO Box 552210
Detroit, MI 48255


Davis & Company
15200 Hesperian Blvd., Ste. 202
San Leandro, CA 94578-3927

Debesu T. Sebhatu
1821 6th Avenue Apt. 301
Oakland, CA 94606

Delores Hull
833 54th St., Apt. D
Oakland, CA 94609

Devon Self-Storage
2633 Telegraph Avenue
Oakland, CA 94612

Diagnostic Laboratories
2820 N. Ontario Street
Burbank, CA 91504-2015

Diamant Care, Inc.
1563 Solano avenue # 456
Berkeley, CA 94707

Donald R. White Treasuer & Tax
Collector Alameda County
1221 Oak Street
Oakland, CA 94612

DSU Discovery
268 Bush Street Suite 2901
San Francisco, CA 94104

Dummit, Buchholz & Trapp
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-1506

Dynamic Medical Systems
2807 Oregon Court
Torrance, CA 90503


EJ Communications LLC
142 Kennedy Avenue
Campbell, CA 95008


Eric Johnson
729 Medford
Hayward, CA 94541


Everything Medical
2109 Hilltop Drive
Redding, CA 96002


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


George Kelley
2518 35th Avenue # 37
Oakland, CA 94601


Gina C. Domondon
2910 McClure Street
Oakland, CA 94609


Gloria Nwankwo
2601 57th Avenue
Oakland, CA 94605

Gordon & Rees LLP
275 Battery St., 20th Floor
San Francisco, CA 94111


Gulf South Medical Supply
PO Box 841968
Dallas, TX 75284


H. Geoffrey Watson MD
1160 Drury Road
Oakland, CA 94618


Healthare Services  Group INc.
3220 Tillman Drive
Bensalem, PA 19020


Heartland Hospice R&B Coordinator
333 N. Summitl St
Toledo, OH 43699


Hill-Rom
4349 Corporate Road
North Charleston, SC 29405


Home Depot Credit Services
Dept. 32-2500384833
PO Box 6031
The Lakes, NV 88901


Home Depot Supply
PO Box 509058
San Diego, CA 92150-9058

IPC The Hosptalist Co., Inc.
PO Box 92284
Los Angeles, CA 90009


Jagdip Singh Johal
1040 45th Street Apt. C
Emeryville, CA 94608


James Daniel
968 41st Street
Emeryville, CA 94608


James Peevy
729 Medford Avenue
Hayward, CA 94541


JAMS
PO Box 84502
Los Angeles, CA 90084


Jenipher Tugara
3600 Sierra Ridge Aenue # 4206
Richmond, CA 94806


Jerry Sedillo
1616 Lincoln Avenue
Alameda, CA 94501


Kadence Healthcare
10840 Walker St
Cypress, CA 90630

Kannarr & Company
PO Box 1437
West Point, CA 95255


Karl D. Belgum, Esquire
One Embarcadeo Center 18th Floor
San Francisco, CA 94111-3600


Keith F. Simpson, Esquire
Law Offices of Keith F. Simpson
1334 Parkview Avenue Suite 325
Manhattan Beach, CA 90266


Khadidiatou Lo
113124th Street Apt. 120
Oakland, CA 94607


Kibra Godefay
1801 Shoreline Drive # 119B
Alameda, CA 94501


Law Offices of Yolanda Flores-Burt
16501 Walnut St., Ste 7
Hesperia, CA 92345


Leontina Williams
2145 Vicksburg Avenue
Oakland, CA 94601


Leterbrhan Kidane
262 28th Street # 7
Oakland, CA 94611

Liberty Mutual Insurance Company
Watt, Tieder, Hoffar & Fitzgerald
2040 Main Street Suite 300
Irvine, CA 92614


Lino Gonzales
606 22nd Street
Oakland, CA 94612


Lorene Tardy
2695 76th Avenue
Oakland, CA 94605


LTC Geary Pharmacy
5427 Geary Blvd.
San Francisco, CA 94121


Lynch, Cilardi & Grummer
170 Columbus Avenue 5th Floor
San Francisco, CA 94133


Madeline Jackson
2121-7th Street Apt. 201
Berkeley, CA 94710


Magdaleno Cabrera
6689 Bancroft Avenue Apt. B
Oakland, CA 94605


Maria Barrios
8032 Iris Street
Oakland, CA 94605

Maria P. Palmenco
1939 36th Avenue
Oakland, CA 94601


Maria Rocha
1652 96th Avenue
Oakland, CA 94603


Maribel Lara
22258 Lantana Ct.
Castro Valley, CA 94546


Martha H. Cruz
2002 83rd Avenue
Oakland, CA 94621


Matoye L. Son
684 Memorial Way
Hayward, CA 94541


McKesson Corporation
c/o Pachulski Stang Ziehl & Jones,
150 California Street 15th Floor
San Francisco, CA 94111-4500


McKesson Medical Surgical
PO Box 630693
Cincinnati, OH 45263


Meaza Sura
720 E. 11th Street Suite 302
Oakland, CA 94606

Muir Lab
Dept. 33512
PO Box 39000
San Francisco, CA 94139


N&A Medical Supply Inc.
c/oMurphy, Pearson, Bradley &Feeney
88 Kearny St., 10th Floor
San Francisco, CA 94108


Natisha Perkins
3020 Linden Street
Emeryville, CA 94608


Nickannie Deloney
1220 Foothill Blvd., # F
Oakland, CA 94606


Nutrition Therapy Essentials
325 Crest Drive
San Jose, CA 95127


One Legal
504 Redwood Road Suite 223
Novato, CA 94947


Orthopaedic & Neurological
200 South Santa Cruze Avenue
Los Gatos, CA 95030


Orthopedic and Neurological Rehab
c/o Nathan D. Wirtschafter, Corp.
16501 Ventura Blvd., Suite 610
Encino, CA 91436

Ouohi Lionel Veh
1271 Monument Bvld., Apt. 43
Concord, CA 94520


Pacific Signaling Systems
PO Box 1153
Danville, CA 94526


Palwinder Sandhu
1060 Crepe Myrtle Drive
Hercules, CA 94547


Patterson Medical
PO Box 93040
Chicago, IL 60673


PG&E
PO Box 997300
Sacramento, CA 95899


PharMerica
PO Box 409251
Atlanta, GA 30384


Premier Rehab Services
538 West Monte Vista Ave
Vacaville, CA 95688


Rainbow Services
PO Box 3465
Saratoga, CA 95070

Rehab and Associates LLC
915 C Street
Hayward, CA 94541


Rehana Yesuf
1843 Poggi Street Apt. 309C
Alameda, CA 94501


Riviera Finance
PO Box 100305
Pasadena, CA 91189


Rose Stearne
320 Ladera Drive
Vallejo, CA 94591


Roshunda Lambert
1258 79th Avenue
Oakland, CA 94621


Roto-Rooter
PO Box 10637
Pleasanton, CA 94588


Royal Ambulance Inc.
Lock Box
PO Box 894660
Los Angeles, CA 90189


Ruth T. Clay
2748 75th Avenue
Oakland, CA 94605

Sallie Carter
273 Sybil Avenue # 4
San Leandro, CA 94577


Samuel Kibirige
2742 Park Blvd., Apt. E
Oakland, CA 94606


Sara Callado
26030 Gading Road Apt. 26
Hayward, CA 94544


SBC Smart Yellow Pages
PO Box 989046
West Sacramento, CA 95798


Second Image
PO Box 809
San Dimas, CA 91773


See Bay Game Company
77 Cliffwood Avenue Suite 1-D
Cliffwood, NJ 07721


SEIU National Industry Pension Fund
11 Dupont Circle NW, Ste. 900
Washington, DC 20036-1202


SEIU-BSEPP Fund
PO Box 841961
Boston, MA 02284-1961

Semira Abdu
1601 Market St., Apt. 101
Oakland, CA 94607


Sharps Complaince, Inc.
PO Box 202935
Dallas, TX 75320-2935


Sheldon Helms
3318 Karen Way
Pittsburg, CA 94565


Sheneda N. Hart
2651 Sacramento Street
Berkeley, CA 94702


Shred-It
5046 Commerial Circle
Concord, CA 94520


SNF Forms & Supplies Inc.
P.O. Box 4390
Garden Grove, CA 92642


Some Things Fishy LLC
16310 Shannon Road
Los Gatos, CA 95032


Spherical Medical
2980 Jordan Road
Oakland, CA 94602

State of California Franchise Tax
PO Box 942857
Sacramento, CA 94257-2021


Stephen A. Fraser, Esquire
3030 Bridgeway Suite 127
Sausalito, CA 94965


Tammy Alford
206 Larrisa Lane
Vallejo, CA 94590


Tawdros Mamuye
1445 Harrison St., # 352
Oakland, CA 94612


Timberlake
8322 Ferguson
Sacramento, CA 95828


Tsige Gebrehiwet
690 15th Street # 207
Oakland, CA 94612


VCheck Global
5670 Wilshire Blvd., Ste. 1530
Los Angeles, CA 90036


Verna M. Easter
165 22nd Street
Richmond, CA 94801

Vibrant Care Pharmacy Inc.
c/o Law Offices of Alex Gortinsky
2233 Watt Avenue Suite 340
Sacramento, CA 95825


Waste Management of Alameda Co.
P.O. Box 78251
Phoenix, AZ 85062


Webb Fire Protection
PO Box 2055
Mission Viejo, CA 92690


Webster Orthopaedic Medical Group
3300 Webster Street
Oakland, CA 94609


Yodit Gebru
502 Berry Avenue Apt. 27
Hayward, CA 94544


Yolanda Flores Burt
615 Civic Center Dr. West
Hesperia, CA 92345