John J. Menchaca, Trustee
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
Telephone: (213) 683-0349
Facsimile:   (213) 261-4425
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA , LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 2:17-bk-18581-BR |
| **MCCLURE CONVALESCENT HOSPITAL AND R** | Chapter 7 |
| Debtor(s). | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **March 19, 2019  at 01:30 PM**, located at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

**1. Case administration.**

Please inquire by email at igaeta@menchacacpa.com if appearance is necessary.

DATED: February 11, 2019        /s/ John J. Menchaca
                                 John J. Menchaca, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on February 11, 2019.

                                 /s/ Imelda Gaeta
                                 Imelda Gaeta

1